# EXHIBIT 1

# CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1446(b)(2), Defendant Budsgunshop.com, LLC, by and through its counsel, hereby expressly consents to the removal of Case Nos. 22LA00000487, 22LA00000488, 22LA00000489, 22LA00000490, 22LA00000491, 22LA00000492, 22LA00000493, 22LA00000494, 22LA00000495, 22LA00000496, 22LA00000497, and 22LA00000532 in the Circuit Court of Lake County, State of Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Date: 10/31/22

Attorney for Budsgunshop.com, LLC

## CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1446(b)(2), Defendant Red Dot Arms, Inc., by and through its counsel, hereby expressly consents to the removal of Case Nos. 22LA00000487, 22LA00000488, 22LA00000489, 22LA00000490, 22LA00000491, 22LA00000492, 22LA00000493, 22LA00000494, 22LA00000495, 22LA00000496, 22LA00000497, and 22LA00000532 in the Circuit Court of Lake County, State of Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Date: 10-31-2022

_____
Attorney for Red Dot Arms, Inc.