# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Keely Roberts, et al. v. Smith & Wesson Brands, Inc., et al.

Case Number: 1:22-cv-6169

An appearance is hereby filed by the undersigned as attorney for:
Keely Roberts, et al.

Attorney name (type or print): David A. Neiman

Firm: Romanucci & Blandin, LLC

Street address: 321 N. Clark St., Ste. 900

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6300412
(See item 3 in instructions)

Telephone Number: 312-458-1000

Email Address: dneiman@rblaw.net

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 8, 2022

Attorney signature: S/ David A. Neiman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015