

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 11/08/2022

Case Number: 1:22-cv-06169

Case Title: 1:22-cv-06169

Judge: Steven C. Seeger

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [ 7 ].

■ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)
☐ The document is on the correct case but the case number and title do not match.
☐ The incorrect document [pdf] was linked to the entry.
☐ The incorrect file date was entered.
☐ The incorrect event was used. The title of the document does not match the text of the entry.
☐ The entry is a duplicate of entry [ ].
☐ Other:

**Corrective action taken by the Clerk:**

■ The text of the entry has been replaced with *Entered in Error*.
☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.
☐ The correct document [pdf] has been re-filed.
☐ The file date has been corrected.
☐ The text of the entry has been edited to reflect
☐ The text of the entry has been edited to read, *Duplicate filing of document number [ ]*.
☐ Other:

**Corrective action required by the filer:**

☐ Counsel must re-file the document
☐ Other:

Thomas G. Bruton, Clerk
By: /s/ R. Cornejo
Deputy Clerk

Rev. 8/13/18