# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEELY ROBERTS, Individually and as parent and next friend of C.R. and L.R. and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R.<br>          Plaintiffs,<br><br>     v.<br><br>SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, SMITH & WESSON, INC., BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR. and ROBERT CRIMO, III,<br><br>          Defendants. | Case No.: 1:22-cv-6169<br><br>Honorable Steven C. Seeger |

## DEFENDANT BUDSGUNSHOP.COM, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant BudsGunShop.com, LLC ("Buds"), through its attorneys, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves to extend time for Buds to answer, move, or otherwise respond to the Complaint. In support, Buds states:

1.    Plaintiffs filed their Complaint in Illinois State Court on September 27, 2022.

2.    Buds was served with the Summons and Complaint on October 24, 2022, as a result of which its deadline to respond to the Complaint was November 21, 2022.

3.    Plaintiffs subsequently agreed to extend the deadline for Buds to answer, move, or otherwise respond to the Complaint until December 14, 2022.

4.    Defendants Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson, Inc. (collectively "Smith & Wesson") removed the Complaint to this Court on November 7, 2022.

5. Based on the removal of this case by Smith & Wesson, Buds' deadline to respond to the Complaint was reduced from December 14, 2022, to November 14, 2022, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure.

6. Pursuant to 28 U.S.C. § 1447(c), the deadline for plaintiffs to file a motion to remand is December 7, 2022.

7. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure authorizes the court to extend a deadline for good cause "if a request is made, before the original time or its extension expires."

8. Counsel for Smith & Wesson and plaintiffs agreed to extend the deadline for Smith & Wesson to respond to the Complaint from November 14, 2022, to twenty-one days after the later of: (1) December 7, 2022 (the deadline for Plaintiffs to move to remand pursuant to 28 U.S.C. § 1447(c)); or (2) a decision by this Court on any such motion to remand filed by plaintiffs.

9. Smith & Wesson filed an unopposed motion requesting such relief on November 11, 2022.

10. Good cause also exists to similarly extend the deadline for Buds to respond to the Complaint. First, to ensure that a motion to dismiss by Buds is filed pursuant to the appropriate rules and decided by the correct court. Based on the removal by Smith & Wesson, the court that will be adjudicating this case will not be known until the deadline for plaintiffs to file a motion to remand and, assuming such as motion is filed, this Court issues an order on the motion. Second, to ensure the same briefing schedule applies to all of the firearms defendants for purposes of judicial efficiency. Upon information and belief, defendant Red Dot Arms, Inc. will be filing a motion requesting an identical extension.

11. Counsel for Buds conferred with counsel for plaintiffs on November 11, 2022 and they do not oppose this request for an extension.

Wherefore, Buds respectfully requests that the Court grant this unopposed motion, extend the deadline for Buds to answer, move, or otherwise respond to the Complaint from November 14, 2022, to twenty one days after the later of: (1) December 7, 2022 (the deadline for Plaintiffs to move to remand pursuant to 28 U.S.C. § 1447(c)); or (2) a decision by this Court on any such motion to remand filed by plaintiffs, and grant such other relief as if deems just and proper.

Dated: November 10, 2022

Respectfully submitted,

By: */s/ Bruce W. Lyon* (#6187697)

**LaBARGE CAMPBELL LYON & KAHAN, LLC**
200 W. Jackson Blvd., Suite 2050
Chicago, IL 60606
Telephone: (312) 580-9010
Email: blyon@lcllaw.com

-and-

Christopher Renzulli (applying for admission in ND IL)
Scott C. Allan (applying for admission on ND IL)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: (914) 285-0700
Email: crenzulli@renzullilaw.com
       sallan@renzullilaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record. I further certify that I caused a true and correct copy of the foregoing document to be served by electronic mail on the following counsel of record:

| | |
|---|---|
| H. Christopher Boehning<br>Jeffrey J. Recher<br>Carly Lagrotteria<br>**Paul, Weiss, Rifkind, Wharton**<br>**& Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>T: (212) 373-3700<br>cboehning@paulweiss.com<br>jrecher@paulweiss.com<br>clagrotteria@paulweiss.com | Antonio M. Romanucci<br>Gina A DeBoni<br>Robert S. Baizer<br>David A. Neiman<br>Michael E. Holden<br>**Romanucci & Blandin, LLC**<br>321 North Clark Street, Suite 900<br>Chicago, Illinois 60654<br>T: 312-458-1000<br>arommanucci@rblaw.net<br>gad@rblaw.net<br>rbaizer@rblaw.net<br>dneiman@rblaw.net<br>mholden@rblaw.net |
| Krystan Hitchcock<br>Laura Keeley<br>**Everytown Law**<br>450 Lexington Avenue<br>P.O. Box 4184<br>New York, NY<br>T: (646) 324-8218<br>khitchcock@everytown.org<br>lkeeley@everytown.org | Alla Lefkowitz<br>**Everytown Law**<br>P.O. Box 14780<br>Washington D.C. 20044<br>T: (202) 545-3257<br>alefkowitz@everytown.org |

*Attorneys for Plaintiffs*

| | |
|---|---|
| James Vogts<br>Andrew Lothson<br>Brett Henne<br>**Swanson Martin & Bell, LLP**<br>jvogts@smbtrials.com<br>altthson@smbtrials.com<br>bhenne@smbtrials.com | Edward S. Scheideman<br>Kenneth L. Schmetterer<br>**DLA Piper, LLP**<br>Edward.scheideman@dlapiper.com<br>Kenneth.schmetterer@dlapiper.com |

*Attorneys for Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson, Inc.*

*/s/ Bruce W. Lyon*
Bruce W. Lyon