UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Keely Roberts, et al.
                                 Plaintiff,

v.                                             Case No.: 1:22−cv−06169
                                                                      Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 15, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The motion for reassignment filed by the Smith & Wesson Defendants (Dckt. No. [23]) is hereby granted. There are approximately a dozen cases in this district raising substantially similar claims about the shooting in Highland Park at the Fourth of July parade. The cases involve the same issues of fact and law. See Local Rule 40.4. Reassigning the cases would promote judicial efficiency and avoid the risk of inconsistent rulings. The Clerk shall reassign Bennett v. Smith & Wesson Brands, Inc., No. 1:22−cv−6171; Sundheim v. Smith & Wesson Brands, Inc., No. 1:22−cv−6178; Straus v. Smith & Wesson Brands, Inc., No. 1:22−cv−6181; Sedano v. Smith & Wesson Brands, Inc., No. 1:22−cv−6183; Rodriguez v. Smith & Wesson Brands, Inc., No. 1:22−cv−6185; Tenorio v. Smith & Wesson Brands, Inc., No. 1:22−cv−6186; Vergara v. Smith & Wesson Brands, Inc., No. 1:22−cv−6190; Toledo v. Smith & Wesson Brands, Inc., No. 1:22−cv−6191; Zeifert v. Smith & Wesson Brands, Inc., No. 1:22−cv−6193; Turnipseed v. Smith & Wesson Brands, Inc., No. 1:22−cv−6359; and Chupack v. Smith & Wesson Brands, Inc., No. 1:22−cv−6361 to this Court. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.