**Alison Barnes's Admissions to Various Courts**

**State Bar Licenses & Dates of Admission**
- *District of Columbia* (#484184) (*Active*)
    - o   Admitted November 14, 2003
- *State of Georgia* (#038549*) (Inactive of of 2006)*
    - o   Admitted November 24, 1997

**Federal Courts & Dates of Admission**
- *U.S. District Court for the District of Columbia*
    - o   Admitted November 1, 2021
- *U.S. District Court for the Northern District of Georgia*
    - o   Admitted January 26, 1998
- *U.S. Court of Appeals for the First Circuit*
    - o   Admitted January 13, 2003
- *U.S. Court of Appeals for the Third Circuit*
    - o   Admitted April 1, 2015
- *U.S. Court of Appeals for the Fourth Circuit*
    - o   Admitted June 24, 2004
- *U.S. Court of Appeals for the Seventh Circuit*
    - o   Admitted September 23, 2005
- *U.S. Court of Appeals for the Ninth Circuit*
    - o   Admitted June 22, 2005
- *U.S. Court of Appeals for the District of Columbia Circuit*
    - o   Admitted September 14, 2022
- *U.S. Supreme Court*
    - o   Admitted December 6, 2004