**<u>Reasoning for Transferal to Inactive Status for the Georgia State Bar</u>**

  On November 9, 2006, I transferred my status in the Georgia State Bar to inactive because I had been admitted to the Bar of the District of Columbia and no longer actively practiced in Georgia. Since 2006, I have been inactive in the State Bar of Georgia and active in the DC Bar.