## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Keely Roberts, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:22−cv−06169
                                                            Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2023:

    MINUTE entry before the Honorable Steven C. Seeger: The motions for leave to appear pro hac vice (Dckt. Nos. [45], [46], [47]) are granted. Attorney Alison Barnes, Laura Keeley and Krystan Hitchcock are added as counsel of record. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.