IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEELY ROBERTS, individually and as parent and next friend of C.R. and L.R., and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, SMITH & WESSON, INC., BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III, <br><br> *Defendants*. | Lead Case No. 1:22-cv-06169 <br><br> Related Case Nos.    1:22-cv-06171 <br>                                   1:22-cv-06178 <br>                                   1:22-cv-06181 <br>                                   1:22-cv-06183 <br>                                   1:22-cv-06185 <br>                                   1:22-cv-06186 <br>                                   1:22-cv-06190 <br>                                   1:22-cv-06191 <br>                                   1:22-cv-06193 <br>                                   1:22-cv-06359 <br>                                   1:22-cv-06361 <br><br> Hon. Steven C. Seeger |

**INDEX OF UNPUBLISHED OPINIONS CITED IN REPLY BRIEF
IN FURTHER SUPPORT OF
<u>ROBERTS PLAINTIFFS' MOTION TO REMAND</u>**

| Number | Case Name | Ruling Date | Court | Case No. |
|---|---|---|---|---|
| 1. | Claudia Apolinar, et al. v. Polymer80, Inc. | 02/02/2022 | Superior Court of California, County of Los Angeles | 21STCV29196 |
| 2. | Goldstein v. Earnest | 07/02/2021 | Superior Court of California, County of San Diego Central | 37-2020-00016638-CU-PO-CTL |