IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEELY ROBERTS, individually and as parent and next friend of C.R. and L.R., and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R., <br><br> *Plaintiffs,* <br><br> v. <br><br> SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, SMITH & WESSON, INC., BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III, <br><br> *Defendants.* | No. 1:22-cv-6169 <br><br> Hon. Steven C. Seeger |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson, Inc., appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order entered on September 25, 2023 and designated as ECF No. 66, granting Plaintiffs motions to remand all of the consolidated cases[1] to the Nineteenth Judicial Circuit Court of Lake County, Illinois.

---

[1] This case was consolidated with 11 other cases "for the purpose of resolving the motions to remand." (*See* ECF No. 39.)

Respectfully submitted,

Dated: October 16, 2023

By: /s/ Kenneth L. Schmetterer

James Vogts
Andrew Lothson
Brett Henne
**Swanson, Martin & Bell, LLP**
330 North Wabash Street, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
(312) 923-8274
(847) 949-0057
jvogts@smbtrials.com
alothson@smbtrials.com
bhenne@smbtrials.com

Edward S. Scheideman (pro hac vice)
**DLA Piper LLP (US)**
500 Eighth Street NW
Washington, DC 20004
(202) 799-4534
edward.scheideman@us.dlapiper.com

Kenneth L. Schmetterer
**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-2176
kermeth.schmetterer@us.dlapiper.com

*Attorneys for Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson, Inc.*

## CERTIFICATE OF SERVICE

      I, Kenneth L. Schmetterer, an attorney, certify that I caused the foregoing Notice of Appeal to be served on all counsel of record by this Court's electronic filing system on this 16th day of October, 2023.

                                                    */s/ Kenneth L. Schmetterer*
                                                    Kenneth L. Schmetterer