IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEELY ROBERTS, individually and as parent and next friend of C.R. and L.R., and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R., | ) ) ) ) ) | Lead Case No. 1:22-cv-06169 |
| | ) | Related Case Nos. 1:22-cv-06178 |
| | ) | 1:22-cv-06181 |
| | ) | 1:22-cv-06183 |
| | ) | 1:22-cv-06171 |
| Plaintiffs, | ) | 1:22-cv-06185 |
| | ) | 1:22-cv-06186 |
| v. | ) | 1:22-cv-06190 |
| | ) | 1:22-cv-06191 |
| SMITH & WESSON BRANDS, INC., | ) | 1:22-cv-06193 |
| SMITH & WESSON SALES COMPANY, | ) | 1:22-cv-06359 |
| SMITH & WESSON, INC., | ) | 1:22-cv-06361 |
| BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III, | ) ) ) | Lead Case Removed from Case No. 22 LA 00000497 in the Circuit Court of Lake County, Illinois |
| Defendants. | ) ) ) ) | Honorable Steven C. Seeger |

**DEFENDANT ROBERT CRIMO, JR.'S MOTION FOR AUTOMATIC STAY PURSUANT TO FILING OF CHAPTER 7 BANKRUPTCY**

NOW COMES the Defendant, ROBERT CRIMO, JR., by and through his attorneys, KRALOVEC & MARQUARD, CHARTERED, and pursuant to 11 USC §362(d), moves this Honorable Court for the entry of an automatic stay order of the consolidated proceedings directed against him due to the filing of Chapter 7 Bankruptcy. In support, Defendant ROBERT CRIMO, JR. states as follows:

1. These lawsuits arise from Defendant ROBERT CRIMO, III's shootings in Highland Park, Illinois on July 4, 2022. Plaintiffs are victims of those shootings and those victims' family members.

2.     Defendant, ROBERT CRIMO, JR., has been named a defendant, in his individual capacity, in each of the lawsuits set forth above.

3.     On December 15, 2022, this Honorable Court entered an Order reassigning all of the matters arising from the Highland Park Shooting to proceed under Lead Case No. 1:22-cv-06169. (See Docket Entry of December 15, 2022, Document # 30 Page ID 1162, attached hereto as Exhibit A).

4.     On October 12, 2023, Defendant, ROBERT CRIMO, JR., filed for protection under Chapter 7 of the United States Bankruptcy Code. (See Defendant ROBERT CRIMO, JR.'s Chapter 7 Bankruptcy Petition, attached hereto as Exhibit B).

5.     Under 11 USC §362(d), commonly known as the "Automatic Stay" provision, all legal matters filed against a debtor are automatically stayed.

6.     Pursuant to 11 USC §362(d), Defendant, ROBERT CRIMO, JR., moves this Honorable Court for entry of an order staying all proceedings in the consolidated matters against him, instanter.

WHEREFORE, Defendant, ROBERT CRIMO, JR., prays this Honorable Court for entry of an order, pursuant to 11 USC §362(d), staying all proceedings in the consolidated matters against him, instanter, or any other appropriate relief this Honorable Court finds appropriate and just.

Dated:  October 27, 2023               Respectfully submitted,

                                       KRALOVEC & MARQUARD, CHARTERED


                                By:    /s/ Kyle S. Blair
                                       Attorneys for Defendant, ROBERT CRIMO, JR.

Michael J. Mullen
Kyle S. Blair
Kralovec & Marquard, Chartered
55 West Monroe Street, Suite 1000
Chicago, Illinois 60603
312-346-6045 (M. Mullen)
312-346-7780 (K. Blair
312-346-6028 (Fax)
mike.mullen@kraloveclaw.com
kyle.blair@kraloveclaw.com
firmdiary@kraloveclaw.com

### CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2023, I electronically filed Robert Crimo, Jr.'s Motion for Automatic Stay Pursuant to Filing of Chapter 7 Bankruptcy using the court's electronic filing system which will automatically send notice of filing to all counsel of record.

                                              /s/ Kyle S. Blair