IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEELY ROBERTS, individually and as parent and next friend of C.R. and L.R., and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R., | ) ) ) ) ) | Lead Case No. 1:22-cv-06169 |
| | ) | Related Case Nos.    1:22-cv-06178 |
| | ) | 1:22-cv-06181 |
| | ) | 1:22-cv-06183 |
| | ) | 1:22-cv-06171 |
| Plaintiffs, | ) | 1:22-cv-06185 |
| | ) | 1:22-cv-06186 |
| v. | ) | 1:22-cv-06190 |
| | ) | 1:22-cv-06191 |
| SMITH & WESSON BRANDS, INC., | ) | 1:22-cv-06193 |
| SMITH & WESSON SALES COMPANY, | ) | 1:22-cv-06359 |
| SMITH & WESSON, INC., | ) | 1:22-cv-06361 |
| BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III, | ) ) ) | Lead Case Removed from Case No. 22 LA 00000497 in the Circuit Court of Lake County, Illinois |
| | ) ) | |
| Defendants. | ) ) | Honorable Steven C. Seeger |

## NOTICE OF MOTION

TO:     Counsel of Record

YOU ARE HEREBY NOTIFIED that on November 2, 2023, at 9:00 a.m., the undersigned will appear before the Honorable Steven C. Seeger of the United States District Court in Room 2319 in the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Robert Crimo, Jr.'s Motion for Automatic Stay Pursuant to Filing of Chapter 7 Bankruptcy.

KRALOVEC & MARQUARD, CHARTERED

By:    /s/ Kyle S. Blair
        Attorneys for Defendant, ROBERT CRIMO, JR.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 27, 2023, I electronically filed the above Notice of Motion using the court's electronic filing system which will automatically sends notice of filing to all counsel of record.

               /s/ Kyle S. Blair