**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Keely Roberts, et al.

                            Plaintiff,

v.                                                     Case No.: 1:22–cv–06169
                                                              Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 30, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The motion to stay filed by the Smith & Wesson entities (Dckt. No. [71]) is hereby granted. On September 25, 2023, this Court issued its Memorandum Opinion and Order and granted Plaintiffs#039; motion to remand. (Dckt. No. [66]) On October 16, 2023, the Smith & Wesson entities filed a notice of appeal. (Dckt. No. [66]) The Smith & Wesson entities now ask this Court to stay the remand order pending the resolution of the appeal. Remand orders typically aren't appealable except in limited circumstances. But an appeal of a remand order about federal officer removal is one of those rare circumstances. See 28 U.S.C. § 1447(d). The Court agrees that the remand order should be stayed so that the appeal can run its course. (And candidly, this Court assumes that a stay is automatic, but just in case, this Court issues a stay in an abundance of caution.) An immediate remand would defeat the purpose of the provision that authorizes an appeal. The remand order is hereby stayed pending a resolution of the appeal by the Seventh Circuit. The stay applies to all consolidated actions related to the case at hand. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.