# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 10, 2024

*By the Court:*

| | |
|---|---|
| Nos. 23-2992, 23-2993, 23-2994, 23-2995, 23-2996, 23-2997, 23-2998, 23-2999, 23-3000, 23-3001, 23-3002, and 23-3003 | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| KEELY ROBERTS and JASON ROBERTS, individually and as parents and next friends of C.R. and L.R., et al., *Plaintiffs - Appellees,* | No. 1:22-cv-06169 No. 1:22-cv-06171 No. 1:22-cv-06178 No. 1:22-cv-06183 No. 1:22-cv-06185 |
| *v.* | No. 1:22-cv-06190 No. 1:22-cv-06193 |
| SMITH & WESSON BRANDS, INC., et al., *Defendants - Appellants.* | No. 1:22-cv-06359 No. 1:22-cv-06181 No. 1:22-cv-06191 No. 1:22-cv-06361 No. 1:22-cv-06186 |
| | Steven Charles Seeger, *Judge.* |

Upon consideration of the **PLAINTIFFS-APPELLEES ELIZABETH TURNIPSEED AND JOSHUA CHUPACK'S MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED BRIEF**, filed on January 9, 2024, by counsel for appellees Elizabeth Turnipseed and Joshua Chupack,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The joint consolidated brief of the appellees is due by January 23, 2024.

2. The joint consolidated reply brief of the appellants, if any, is due by February 13, 2024.

-over-

No. 23-2992, et al. Page 2

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)