

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Kyle S. Blair

Firm   Cassiday Schade LLP

Street Address   222 West Adams Street, Suite 2900

City/State/Zip Code   Chicago, Illinois 60606

Phone Number   (312) 444-2475

Email address   kblair@cassiday.com

ARDC (Illinois State Bar members, only)   6302416

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-06169 | Roberts, et al. v. Smith & Wes; | Seeger |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature of Attorney

Date   04/25/2024

Rev. 01272016