

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click <u>HERE</u> for update instructions.

Name   Michael J. Mullen

Firm   Cassiday Schade LLP

Street Address   222 W. Adams Street, Suite 2900

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-444-2488

Email address   mmullen@cassiday.com

ARDC (Illinois State Bar members, only)   6182941

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-06169 | Roberts, et al. v. Smith & Wess | Seeger |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature of Attorney                                      04/25/2024

_____                    _____
Signature of Attorney                             Date

Rev. 01272016