# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 30, 2024

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| | |
|---|---|
| No. 23-2992 | KEELY ROBERTS and JASON ROBERTS, individually and as parents and next friends of C.R. and L.R.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>    Defendants - Appellants |
| No. 23-2993 | LAUREN BENNETT, individually and as parent and next friend of T.B. and W.B., et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>    Defendants - Appellants |
| No. 23-2994 | BRUCE SUNDHEIM, as Special Administrator of the Estate of JACQUELINE SUNDHEIM, deceased,<br>    Plaintiff - Appellee<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>    Defendants - Appellants |
| No. 23-2995 | LORENA REBOLLAR SEDANO,<br>    Plaintiff - Appellee |

|  | v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>　　　　Defendants - Appellants |
|---|---|
| No. 23-2996 | MIRNA RODRIGUEZ and OSCAR SANCHEZ, individually and as parents and next-friends of J.S., K.S., and O.S.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>　　　　Defendants - Appellants |
| No. 23-2997 | SYLVIA VERGARA, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>　　　　Defendants - Appellants |
| No. 23-2998 | MICHAEL ZEIFERT and CHRISTINE ZEIFERT, individually and as parent and next-friend of B.R.Z., B.M.Z., K.Z., and L.Z.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>　　　　Defendants - Appellants |
| No. 23-2999 | ELIZABETH TURNIPSEED,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>SMITH & WESSON BRANDS, INC. and AMERICAN OUTDOOR BRANDS CORPORATION,<br>　　　　Defendants - Appellants |
| No. 23-3000 | PETER STRAUS and JONATHAN STRAUS, as Co-Administrators of the ESTATE OF STEPHEN STRAUS, deceased,<br>　　　　Plaintiffs - Appellees<br><br>v. |

|  | SMITH & WESSON BRANDS, INC., et al., <br> Defendants - Appellants |
|---|---|
| No. 23-3001 | RICARDO TOLEDO, individually and as Special Administrator of the ESTATE OF NICOLAS TOLEDO, deceased, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> SMITH & WESSON BRANDS, INC. et al., <br> Defendants - Appellants |
| No. 23-3002 | JOSHUA CHUPACK, individually and as next friend of I.C., <br> Plaintiff - Appellee <br><br> v. <br><br> SMITH & WESSON BRANDS, INC. and AMERICAN OUTDOOR BRANDS CORPORATION, <br> Defendants - Appellants |
| No. 23-3003 | AMELIA TENORIO and ANTONIO MELGAR, individually and as parents and next-friends of C.M., <br> Plaintiffs - Appellees <br><br> v. <br><br> SMITH & WESSON BRANDS, INC., et al., <br> Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:22-cv-06169
Northern District of Illinois, Eastern Division
District Judge Steven C. Seeger

**Originating Case Information:**

District Court No: 1:22-cv-06171
Northern District of Illinois, Eastern Division

**Originating Case Information:**

District Court No: 1:22-cv-06178
Northern District of Illinois, Eastern Division

**Originating Case Information:**

District Court No: 1:22-cv-06183
Northern District of Illinois, Eastern Division

**Originating Case Information:**

District Court No: 1:22-cv-06185
Northern District of Illinois, Eastern Division

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-06190 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06193 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06359 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06181 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06191 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06361 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06186 |
| Northern District of Illinois, Eastern Division |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 166.50 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 04/30/2024 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**    (form ID: **135**)