# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr>
<td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td>
<td></td>
<td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td>
</tr>
</table>

## BILL OF COSTS

April 30, 2024

Taxed in Favor of: **Appellee Jason Roberts ; Appellee Keely Roberts ; Appellee Christine Zeifert ; Appellee Michael Zeifert ; Appellee Jeffrey Bennett ; Appellee Lauren Bennett ; Appellee Michael Bennett ; Appellee Terri E. Bennett ; Appellee Deborah Samuels ; Appellee Elliot Samuels ; Appellee Elizabeth Turnipseed ; Appellee Bruce Sundheim ; Appellee Jonathan Straus ; Appellee Peter Straus ; Appellee Lorena Rebollar Sedano ; Appellee Alejo Toledo ; Appellee Josefina Toledo ; Appellee Petra Toledo ; Appellee Ricardo Toledo ; Appellee Mirna Rodriguez ; Appellee Oscar Sanchez ; Appellee Joshua Chupack ; Appellee Lizet Montez ; Appellee Gabriela Vergara ; Appellee Sylvia Vergara ; Appellee Antonio Melgar ; Appellee Amelia Tenorio**

| | |
|---|---|
| No. 23-2992 | KEELY ROBERTS and JASON ROBERTS, individually and as parents and next friends of C.R. and L.R.,<br>      Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>      Defendants - Appellants |
| No. 23-2993 | LAUREN BENNETT, individually and as parent and next friend of T.B. and W.B., et al.,<br>      Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>      Defendants - Appellants |
| No. 23-2994 | BRUCE SUNDHEIM, as Special Administrator of the Estate of JACQUELINE SUNDHEIM, deceased,<br>      Plaintiff - Appellee<br><br>v. |

| | |
|---|---|
| | SMITH & WESSON BRANDS, INC., et al.,<br>Defendants - Appellants |
| No. 23-2995 | LORENA REBOLLAR SEDANO,<br>Plaintiff - Appellee<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>Defendants - Appellants |
| No. 23-2996 | MIRNA RODRIGUEZ and OSCAR SANCHEZ, individually and as parents and next-friends of J.S., K.S., and O.S.,<br>Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>Defendants - Appellants |
| No. 23-2997 | SYLVIA VERGARA, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>Defendants - Appellants |
| No. 23-2998 | MICHAEL ZEIFERT and CHRISTINE ZEIFERT, individually and as parent and next-friend of B.R.Z., B.M.Z., K.Z., and L.Z.,<br>Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>Defendants - Appellants |
| No. 23-2999 | ELIZABETH TURNIPSEED,<br>Plaintiff - Appellee<br><br>v.<br><br>SMITH & WESSON BRANDS, INC. and AMERICAN OUTDOOR BRANDS CORPORATION,<br>Defendants - Appellants |

| | |
|---|---|
| No. 23-3000 | PETER STRAUS and JONATHAN STRAUS, as Co-Administrators of the ESTATE OF STEPHEN STRAUS, deceased,<br>    Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>    Defendants - Appellants |
| No. 23-3001 | RICARDO TOLEDO, individually and as Special Administrator of the ESTATE OF NICOLAS TOLEDO, deceased, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC. et al.,<br>    Defendants - Appellants |
| No. 23-3002 | JOSHUA CHUPACK, individually and as next friend of I.C.,<br>    Plaintiff - Appellee<br><br>v.<br><br>SMITH & WESSON BRANDS, INC. and AMERICAN OUTDOOR BRANDS CORPORATION,<br>    Defendants - Appellants |
| No. 23-3003 | AMELIA TENORIO and ANTONIO MELGAR, individually and as parents and next-friends of C.M.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>    Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:22-cv-06169
Northern District of Illinois, Eastern Division
District Judge Steven C. Seeger

**Originating Case Information:**

District Court No: 1:22-cv-06171
Northern District of Illinois, Eastern Division

**Originating Case Information:**

District Court No: 1:22-cv-06178
Northern District of Illinois, Eastern Division

| **Originating Case Information:** |
| --- |
| District Court No: 1:22-cv-06183<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06185<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06190<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06193<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06359<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06181<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06191<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06361<br>Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06186<br>Northern District of Illinois, Eastern Division |

The mandate or agency closing letter issued in this cause on April 30, 2024.

BILL OF COSTS issued in the amount of: $166.50.

| | **Cost of Each Item** | **Total Cost Each Item** |
| --- | --- | --- |
| 1. For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. For reproduction of any record or paper, per page: | _____ | _____ |
| 3. For reproduction of briefs: | _____ | 166.50 |
| | TOTAL: | 166.50 |

form name: **c7_BillOfCosts**    (form ID: **140**)