# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Keely Roberts, et al.

                        Plaintiff,

v.                                            Case No.: 1:22–cv–06169
                                                     Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

       MINUTE entry before the Honorable Steven C. Seeger: Defendant Robert Crimo, Jr.'s motion for an automatic stay in light of the bankruptcy filing (Dckt. No. [72]) is hereby denied as unnecessary. The case is about to get remanded to state court, so there is no need for this Court to stay anything. There is nothing to stay, because this case isn't going to stay here. Plus, an automatic stay under the bankruptcy code is, well, automatic. It is like the sun rising. It happens whether a court orders it or not. That said, if a party pursues litigation against Crimo, Jr. in state court in a manner that violates the automatic stay, then Crimo, Jr. can seek relief from the state court. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.