# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Keely Roberts, et al.

                         Plaintiff,

v.                                                      Case No.: 1:22–cv–06169
                                                           Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

       MINUTE entry before the Honorable Steven C. Seeger: This Court reviewed the opinion from the Seventh Circuit about the removal. Before this case gets shipped back to state court, there is one potential item of business. Any motion for fees and costs relating to the removal is due by May 10, 2024. A response is due by May 17, 2024. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.