# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEELY ROBERTS, individually and as parent and next friend of C.R. and L.R., and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, SMITH & WESSON, INC., BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III, <br><br> *Defendants*. | Lead Case No. 1:22-cv-06169 <br><br> Related Case Nos.    1:22-cv-06171 <br> 1:22-cv-06178 <br> 1:22-cv-06181 <br> 1:22-cv-06183 <br> 1:22-cv-06185 <br> 1:22-cv-06186 <br> 1:22-cv-06190 <br> 1:22-cv-06191 <br> 1:22-cv-06193 <br> 1:22-cv-06359 <br> 1:22-cv-06361 <br><br> Hon. Steven C. Seeger |

**DECLARATION OF H. CHRISTOPHER BOEHNING IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

H. CHRISTOPHER BOEHNING declares under penalty of perjury:

1.　I am an attorney admitted *pro hac vice* to practice in this Court and a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm"), attorneys for Keely Roberts, Jason Roberts, Amelia Tenorio, Antonio Melgar, Michael Zeifert, Christine Zeifert, Ricardo Toledo, Petra Toledo, Josefina Toledo, Alejo Toledo, Lauren Bennett, Michael Bennett, Terri E. Bennett, Jeffrey Bennett, Deborah Samuels, Elliot Samuels, Peter Straus, Jonathan Straus, Lorena Rebollar Sedano, Sylvia Vergara, Lizet Montez, Gabriela Vergara, Mirna Rodriguez, Oscar Sanchez and Bruce Sundheim (the "Roberts Plaintiffs") in these consolidated actions.

2.　I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees. The facts stated in this Declaration are based on my personal knowledge, my review of Paul,

Weiss's records maintained in the ordinary course of its business, and information provided by other Paul, Weiss personnel.

3. The Roberts Plaintiffs are requesting attorneys' fees for work performed by four Paul, Weiss attorneys: H. Christopher Boehning, Hallie S. Goldblatt, Aaron E. Haier, and Jacob D. Humerick (collectively, the "Included Paul, Weiss Timekeepers"). Although other current and former Paul, Weiss attorneys and non-attorney professional personnel performed work on these cases, the Roberts Plaintiffs are not seeking a fee award for any Paul, Weiss personnel other than the Included Paul, Weiss Timekeepers.

4. The Roberts Plaintiffs are also represented in these actions by Romanucci & Blandin, LLC ("R&B") and Everytown Law. Everytown Law's work is described in the accompanying Declaration of Alla Lefkowitz at Exhibit 1. R&B's work on these matters is described in the accompanying Declaration of David A. Neiman at Exhibit 2.

5. Paul, Weiss intends to donate any fees recouped through this Motion to the Everytown for Gun Safety Support Fund, the education, research, and litigation arm of the Firm's pro bono co-counsel, Everytown Law.

6. Part I of this Declaration sets forth the qualifications of the Included Paul, Weiss Timekeepers. Part II provides an overview of the litigation work performed by Paul, Weiss in these matters in connection with Smith & Wesson's[1] removal of the actions to federal court. Part III lists the discounted hourly rates sought by the Roberts Plaintiffs for each of the Included Paul, Weiss Timekeepers for whom the Roberts Plaintiffs seek reimbursement in the Motion. Part IV discusses the reasonableness of the total number of hours expended by the Included Paul, Weiss Timekeepers. In Part V, I discuss the judgment Paul, Weiss exercised in reducing

---

[1] "Smith & Wesson" refers to Defendants Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson, Inc.

2

the amount of fees and costs it seeks to recover through this Motion. Part VI describes Paul, Weiss's lodestar calculations (*i.e.*, hours multiplied by rates) for each of the Included Paul, Weiss Timekeepers. I conclude by describing Exhibit A accompanying my Declaration in Part VII.

I. **Qualifications of the Included Paul, Weiss Timekeepers**

7. Paul, Weiss is a leading global law firm of more than 1,000 lawyers. The Firm has its headquarters in New York, New York, and also has offices in Beijing, Hong Kong, London, Los Angeles, San Francisco, Tokyo, Toronto, Washington, D.C., and Wilmington, Delaware. The Firm represents some of the world's largest publicly and privately held corporations and financial institutions. In 2019, Paul, Weiss was recognized by *The American Lawyer* as the "Law Firm of the Year." Paul, Weiss is consistently ranked as one of the top litigation practices in the country by *The American Lawyer, Chambers, National Law Journal*, and *U.S. News & World Report*, among others.

8. Paul, Weiss has also been recognized numerous times for its all-encompassing pro bono legal assistance program. Just last year, *Chambers* recognized the Firm in the "Pro Bono: Outstanding Firm" category of the 2023 Chambers USA Awards. Paul, Weiss has also received national recognition for forming the Firearms Accountability Task Force (FACT), an effort by leading gun violence prevention organizations and law firms to use affirmative litigation to confront gun violence.

9. I applied for admission *pro hac vice* in this case on December 21, 2022. The Court granted that motion on December 28, 2022. I am a litigation partner at Paul, Weiss and a co-chair of the Firm's International Practice. I graduated from Washington University of St. Louis School of Law in 1994, and was admitted to the New York bar in 1995.

3

10. Hallie S. Goldblatt is a litigation counsel at Paul, Weiss. Ms. Goldblatt graduated from New York University School of Law in 2005, and was admitted to the New York bar in 2006.

11. Aaron E. Haier is a litigation associate at Paul, Weiss. Mr. Haier graduated from New York University School of Law in 2019, and was admitted to the New York bar in 2020.

12. Jacob D. Humerick is a litigation associate at Paul, Weiss. Mr. Humerick graduated from Columbia Law School in 2020, and was admitted to the New York bar in 2021.

## II. Overview of Work Performed by the Included Paul, Weiss Timekeepers

13. The Roberts Plaintiffs filed their Complaints in Illinois state court in Lake County on September 27, 2022. Smith & Wesson removed the cases to this Court on November 7, 2022. On December 7, 2022, the Roberts Plaintiffs moved to remand the cases to state court. On September 25, 2023, the Court granted the Roberts Plaintiffs' remand motion. On October 16, 2023, Smith & Wesson appealed this Court's decision to the United States Court of Appeals for the Seventh Circuit. Briefing in the appeal was completed on February 23, 2024, and the Seventh Circuit heard oral argument on April 4, 2024. On April 8, 2024, the Seventh Circuit affirmed this Court's remand decision and noted that this Court "should consider whether Smith & Wesson must reimburse the plaintiffs' costs and fees occasioned by the unjustified removal and appeal." *Roberts* v. *Smith & Wesson Brands, Inc.*, 98 F.4th 810, 816 (7th Cir. 2024).

14. In litigating Smith & Wesson's unjustified removal and appeal, counsel for the Roberts Plaintiffs have conducted a variety of complex and time-consuming tasks, including, but not limited to:

  a. Researching and drafting two briefs in support of the Roberts Plaintiffs' remand motion;
  b. Researching and drafting a letter brief in opposition to Smith & Wesson's motion to stay state court proceedings during the pendency of its appeal;

4

  c. Researching and drafting a brief in opposition to Smith & Wesson's appeal;

  d. Meetings with the clients regarding the status of the cases and case strategy;

  e. Regular internal and co-counsel meetings, as well as regular meetings with counsel for plaintiffs in actions consolidated in this Court with those brought by the Roberts Plaintiffs; and

  f. Preparing for oral argument on Smith & Wesson's appeal before the Seventh Circuit on April 4, 2024.

### III. Reasonable Hourly Rates for the Included Paul, Weiss Timekeepers

15. The Roberts Plaintiffs seek the recovery of reasonable attorneys' fees for the timekeepers listed below at the rates set forth below:

| Name | Position | Standard Rates[2] | R&B Rates |
|---|---|---|---|
| **Boehning, H. Christopher** | Partner | $2,175 - $2,395 | $1,250 |
| **Goldblatt, Hallie S.** | Counsel | $1,640 - $1,815 | $750 |
| **Haier, Aaron E.** | Associate (2019) | $1,225 - $1,475 | $450 |
| **Humerick, Jacob D.** | Associate (2020) | $1,125 - $1,415 | $450 |

16. It is my understanding that Paul, Weiss's standard rates are consistent with prevailing market rates for similar services by comparable firms. *See, e.g.*, *In re RML, LLC*, Case No. 22-10784 (DSJ) (S.D.N.Y. Bankr. 2023), Dkts. 163 at 21; 296 at 4-6.

17. For the purpose of this Motion, Paul, Weiss applied rates that are commensurate with those applied by the Firm's co-counsel, R&B (the "R&B Rates"). *See* Ex. 2, Declaration of David A. Neiman, ¶ 14. I believe that the R&B Rates for which the Roberts Plaintiffs seek compensation for Paul, Weiss attorney time are reasonable and appropriate, especially in light of the complexity of and challenges presented by the litigation and the amount in controversy.

### IV. Total Hours Expended

18. The Included Paul, Weiss Timekeepers kept contemporaneous, detailed records of the time they spent working on these matters. Those records were kept in the same manner and

---

[2] The billing rates range listed is Paul, Weiss's standard hourly rates in effect from the earliest date for which fees are requested, beginning November 8, 2022, through the latest date for which fees are requested, April 8, 2024.

5

using the same software that Paul, Weiss uses to record attorney time and to prepare invoices for other clients. Paul, Weiss attorneys regularly create and rely upon such time records in the ordinary course of business, including in connection with billing paying clients. Based on a review of those records, Paul, Weiss employees under my supervision prepared Exhibit A, which sets forth all the time entries by the Included Paul, Weiss Timekeepers, with detailed descriptions, for which the Roberts Plaintiffs seek an award of attorneys' fees.

19. Paul, Weiss's billing records indicate that the four Included Paul, Weiss Timekeepers spent at least 234 hours performing the tasks described above in paragraph 14, during the period from November 8, 2022 to April 8, 2024. *See* Ex. A. This does not include time that Paul, Weiss excluded from this application following the re-review conducted in advance of this Motion, as discussed below.

20. I believe that the total number of hours expended, as reflected in Exhibit A, is reasonable and appropriate considering the needs of the cases, based on my familiarity and experience with these cases and other cases I have handled in my career at Paul, Weiss.

21. The Included Paul, Weiss Timekeepers spent 85.9 hours researching, conferring about, and drafting a motion to remand, the memorandum of law in support thereof, and a reply memorandum of law in further support of the motion.

22. The Included Paul, Weiss Timekeepers spent 7.9 hours opposing Smith & Wesson's motion to stay state court proceedings pending the appeal to the Seventh Circuit.

23. Beginning in November 2023, the Included Paul, Weiss Timekeepers spent 119 hours conducting legal research, coordinating among counsel for Plaintiffs, and drafting the Brief of Plaintiffs-Appellees in the Seventh Circuit appeal. As the time entries in Exhibit A demonstrate, the Included Paul, Weiss Timekeepers led the research and drafting phases of the

6

Brief of Plaintiffs-Appellees, performing the majority of this work among all counsel for Plaintiffs, and recording the lion's share of time billed during the appeal briefing.

24. The Included Paul, Weiss Timekeepers also spent 21.2 hours assisting our pro bono co-counsel at Everytown Law in preparing for the oral argument before the Seventh Circuit on April 4, 2024. This included collecting and preparing a set of materials for co-counsel who ultimately delivered oral argument, conducting legal research, and preparing co-counsel for and participating in moot oral arguments.

25. These tasks were divided among attorneys of different seniority, and staff billed at lower rates were routinely engaged whenever appropriate. To that end, paralegal and non-legal staff members conducted administrative and non-legal work whenever possible, including: creating and maintaining case files, including court filings, research, and correspondence; helping prepare motions, memoranda, and exhibits; and serving and filing court papers and correspondence. Whenever economical and appropriate, the Firm's research analysts and librarians also assisted associates with identifying and retrieving relevant authorities. Similarly, partners, counsel, and senior associates regularly delegated drafting and research responsibilities to mid-level associates, junior associates, and law clerks with lower hourly rates. Because Paul, Weiss is not seeking by this Motion any fees associated with work performed by paralegals and other non-legal personnel or by the other associates who devoted time to these cases, the costs of the work done by those timekeepers are not part of this application.

V. **Reductions Applied as a Matter of Billing Judgment**

26. In preparing this Motion, I and others under my direction conducted a comprehensive re-review of all diary entries for these matters following Smith & Wesson's removal of the cases to federal court to ensure the accuracy and reasonableness of this submission. That review resulted in reductions including, but not limited to: (i) the exclusion of

7

all amounts relating to work by Paul, Weiss personnel other than the Included Paul, Weiss Timekeepers; (ii) the exclusion of entries in which attorneys appeared to conduct tasks that, although necessary, might be described as administrative work (*e.g.*, filing court papers); (iii) the exclusion or reduction of certain time entries that, as determined in our judgment, should be excluded or reduced; and (iv) the exclusion of any fees for work conducted prior to November 7, 2022 (the date on which Smith & Wesson removed these actions to federal court) and after April 30, 2024 (the date of the Seventh Circuit's Order and Judgment affirming this Court's decision granting Plaintiffs' motions to remand), including time spent preparing this Motion.

27. None of Paul, Weiss's fees that were excluded during re-review are included in the amount sought by the Roberts Plaintiffs in this Motion.

28. None of Paul, Weiss's costs are included in the amount sought by the Roberts Plaintiffs in this Motion, except for those detailed in the Bill of Costs from the Seventh Circuit. (Dkt. 83.)

## VI. Lodestar Amounts for All Included Paul, Weiss Timekeepers

29. The lodestar amounts for each Included Paul, Weiss Timekeeper sought in the Motion are set forth in the chart below.

| Name | R&B Rates | Hours[3] | Lodestar Amount[4] |
|---|---|---|---|
| **Boehning, H. Christopher** | $1,250 | 67.20 | $84,000 |
| **Goldblatt, Hallie S.** | $750 | 45.70 | $34,275 |
| **Haier, Aaron E.** | $450 | 53.70 | $24,165 |
| **Humerick, Jacob D.** | $450 | 67.40 | $30,330 |
| **Total Lodestar Amount:** | | | **$172,770** |

---

[3] The "Hours" figures reflect the total hours of Paul, Weiss attorney work for which the Roberts Plaintiffs seek compensation in this Motion, after the reductions described in this Declaration.
[4] The "Lodestar Amount" is the product of "Hours" multiplied by the "R&B Rates."

8

30. Paul, Weiss calculated the above lodestar amounts by multiplying the total number of hours that each timekeeper above expended on the litigation with that timekeeper's discounted hourly rate, using the R&B Rates.

31. Accordingly, the total lodestar amount for all Included Paul, Weiss Timekeepers is $172,770.

## VII. Exhibit A

32. Attached as Exhibit A is a true and correct copy of a chart setting forth the date, hours, and description of all work conducted by the Included Paul, Weiss Timekeepers for which the Roberts Plaintiffs seek reimbursement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 10, 2024
New York, New York

*/s/ H. Christopher Boehning*
H. Christopher Boehning
*Pro Hac Vice*

# Exhibit A

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 11/07/2022 Through : 04/30/2024

ALL TIME ENTRIES SUBMITTED FOR REIMBURSEMENT

| Employee Name | Dept | Position | Work Date | Description | Hours | PW Rate Amount | R&B Rate Amount |
|---|---|---|---|---|---|---|---|
| Boehning, H. Christo | LIT | Partner | 11/08/2022 | Attn. to S&W - Notices of Removal. | 1.20 | 2,610.00 | 1500.00 |
| Boehning, H. Christo | LIT | Partner | 11/17/2022 | Attn. to S&W - motion for reassignment. | 0.70 | 1,522.50 | 875.00 |
| Boehning, H. Christo | LIT | Partner | 11/20/2022 | Review draft response to S&W motion for reassignment and comments to same. | 0.80 | 1,740.00 | 1000.00 |
| Boehning, H. Christo | LIT | Partner | 11/21/2022 | Attn. to update/next steps; attn. to outline for motion to remand and draft letter to defendants. | 0.90 | 1,957.50 | 1125.00 |
| Boehning, H. Christo | LIT | Partner | 11/30/2022 | Attn. to Roberts complaint; discs. w/team re: touchbase on motion to remand. | 0.70 | 1,522.50 | 875.00 |
| Boehning, H. Christo | LIT | Partner | 11/30/2022 | Revise motion to remand. | 3.10 | 6,742.50 | 3875.00 |
| Boehning, H. Christo | LIT | Partner | 12/01/2022 | Attn. to complaint; t/c PW team members; review draft motion to remand; edits/comments to same. | 2.10 | 4,567.50 | 2625.00 |
| Boehning, H. Christo | LIT | Partner | 12/02/2022 | Cont'd attn. to draft motion to remand and edits to same; attn. to open items; email team re: same | 1.90 | 4,132.50 | 2375.00 |
| Boehning, H. Christo | LIT | Partner | 12/03/2022 | Cont'd attn. to draft motion to remand; attn. to revisions to same. | 3.20 | 6,960.00 | 4000.00 |
| Boehning, H. Christo | LIT | Partner | 12/04/2022 | Attn. to revised motion to remand and comments to same. | 4.10 | 8,917.50 | 5125.00 |
| Boehning, H. Christo | LIT | Partner | 12/05/2022 | Attn. to comments re: motion to remand; review/comments to same. | 2.80 | 6,090.00 | 3500.00 |
| Humerick, Jacob D | LIT | Associate | 12/06/2022 | Proofed draft motion to remand | 1.00 | 1,125.00 | 450.00 |
| Boehning, H. Christo | LIT | Partner | 12/07/2022 | Final review of motion to remand. | 1.30 | 2,827.50 | 1625.00 |
| Humerick, Jacob D | LIT | Associate | 12/07/2022 | Cite checked section of motion to remand | 2.50 | 2,812.50 | 1125.00 |
| Boehning, H. Christo | LIT | Partner | 12/09/2022 | Attn. to motion for reassignment. | 0.50 | 1,087.50 | 625.00 |
| Boehning, H. Christo | LIT | Partner | 12/13/2022 | Attn. to motion to remand. | 3.10 | 6,742.50 | 3875.00 |
| Boehning, H. Christo | LIT | Partner | 01/20/2023 | Attn. to S&W's brief in opposition to motion to remand. | 1.80 | 3,915.00 | 2250.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/20/2023 | Read Smith & Wesson opposition brief and declaration. | 0.80 | 1,320.00 | 600.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/21/2023 | Reviewed opposition brief and emails from team re same; Reviewed other case background materials. | 0.40 | 660.00 | 300.00 |
| Humerick, Jacob D | LIT | Associate | 01/22/2023 | Read and analyzed opposition to motion to remand; took notes | 0.80 | 900.00 | 360.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/23/2023 | Read emails from team re form and timing of reply brief. Reviewed exhibits to opposition. | 0.20 | 330.00 | 150.00 |
| Humerick, Jacob D | LIT | Associate | 01/23/2023 | Reviewed briefs and read cited cases, drafted reply brief outline and circulated internally | 3.00 | 3,375.00 | 1350.00 |
| Humerick, Jacob D | LIT | Associate | 01/24/2023 | Revised reply brief outline; reviewed case law and began drafting federal question section of brief | 2.50 | 2,812.50 | 1125.00 |
| Boehning, H. Christo | LIT | Partner | 01/25/2023 | Attn. to remand briefing. | 2.50 | 5,437.50 | 3125.00 |
| Humerick, Jacob D | LIT | Associate | 01/25/2023 | Reviewed remand briefs and relevant case law; drafted prelim statement federal question, and attorneys fees sections of brief | 3.50 | 3,937.50 | 1575.00 |
| Humerick, Jacob D | LIT | Associate | 01/26/2023 | Added to and revised draft reply brief | 4.00 | 4,500.00 | 1800.00 |
| Boehning, H. Christo | LIT | Partner | 01/27/2023 | Attn. to motion to demand draft reply brief. | 1.80 | 3,915.00 | 2250.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/27/2023 | Responded to emails from PW associate re reply brief; initial review of draft. | 1.00 | 1,650.00 | 750.00 |
| Boehning, H. Christo | LIT | Partner | 01/28/2023 | Review draft reply brief. | 2.30 | 5,002.50 | 2875.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/28/2023 | Reviewed and revised draft reply brief; reviewed moving and opposition briefs and complaint in connection with same; read cases. Sent comments to PW associate; responded to emails from C. Boehning. | 5.00 | 8,250.00 | 3750.00 |
| Boehning, H. Christo | LIT | Partner | 01/29/2023 | Review draft reply brief; email team re: same. | 2.10 | 4,567.50 | 2625.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/29/2023 | Reviewed revised draft of reply brief; responded to emails from PW team re same. T/c with PW associate re research. | 0.80 | 1,320.00 | 600.00 |
| Boehning, H. Christo | LIT | Partner | 01/30/2023 | Review draft reply brief and edits to same. | 1.90 | 4,132.50 | 2375.00 |

| Employee Name | Dept | Position | Work Date | Description | Hours | PW Rate Amount | R&B Rate Amount |
|---|---|---|---|---|---|---|---|
| Goldblatt, Hallie | LIT | Counsel | 01/30/2023 | Reviewed C. Boehning edits to reply brief; revised same; responded to emails from C. Boehning re draft. | 0.80 | 1,320.00 | 600.00 |
| Boehning, H. Christo | LIT | Partner | 01/31/2023 | Disc. w/ H. Goldblatt re: draft reply brief; attn, to revisions re: same; t/c PW associate re: same. | 1.70 | 3,697.50 | 2125.00 |
| Boehning, H. Christo | LIT | Partner | 01/31/2023 | Cont'd attn. to reply brief. | 1.80 | 3,915.00 | 2250.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/31/2023 | Revised draft brief per comments from C. Boehning and co-counsel.  Emails with associate team re research; read cases cited in reply brief. | 3.20 | 5,280.00 | 2400.00 |
| Goldblatt, Hallie | LIT | Counsel | 02/01/2023 | Reviewed edits to brief from PW team members.  Revised draft brief and sent to team. | 1.30 | 2,145.00 | 975.00 |
| Humerick, Jacob D | LIT | Associate | 02/01/2023 | Cite checked section of reply brief | 0.60 | 675.00 | 270.00 |
| Boehning, H. Christo | LIT | Partner | 02/02/2023 | Review remand motion and edits to same; review revised draft of the reply brief; attn. to same. | 2.10 | 4,567.50 | 2625.00 |
| Goldblatt, Hallie | LIT | Counsel | 02/02/2023 | Revised draft brief per comments from C. Boehning; t/cs with same; responded to emails from PW associates.  Reviewed edits from co-counsel and R&B; revised brief per same. | 2.70 | 4,455.00 | 2025.00 |
| Boehning, H. Christo | LIT | Partner | 02/03/2023 | Attn. to filing of remand brief and emails re: same. | 0.80 | 1,740.00 | 1000.00 |
| Goldblatt, Hallie | LIT | Counsel | 02/03/2023 | Reviewed further revised draft of brief for filing and responded to emails from associate team re same. | 0.30 | 495.00 | 225.00 |
| Goldblatt, Hallie | LIT | Counsel | 02/24/2023 | Read Smith & Wesson proposed surreply. | 0.10 | 165.00 | 75.00 |
| Goldblatt, Hallie | LIT | Counsel | 02/27/2023 | Read emails from team re draft sur-reply and potential response. | 0.10 | 165.00 | 75.00 |
| Boehning, H. Christo | LIT | Partner | 02/28/2023 | Attn. to sur-reply/next steps. | 0.40 | 870.00 | 500.00 |
| Boehning, H. Christo | LIT | Partner | 05/02/2023 | Attn. to 28(j) submission. | 0.50 | 1,087.50 | 625.00 |
| Boehning, H. Christo | LIT | Partner | 05/09/2023 | Emails re: 28(j) letter. | 0.50 | 1,087.50 | 625.00 |
| Boehning, H. Christo | LIT | Partner | 05/10/2023 | Attn. to draft email re: notice of supp. authority. | 0.60 | 1,305.00 | 750.00 |
| Goldblatt, Hallie | LIT | Counsel | 05/10/2023 | Follow-up emails to PW associates re supplemental authority letter.  Read draft email from J. Humerick re supplemental authority letter. | 0.10 | 165.00 | 75.00 |
| Boehning, H. Christo | LIT | Partner | 09/25/2023 | Attn. to order granting motion to remand; emails re: same. | 1.80 | 3,915.00 | 2250.00 |
| Goldblatt, Hallie | LIT | Counsel | 09/25/2023 | Read decision remanding case to state court and emails from team and co-counsel re same. | 1.20 | 1,980.00 | 900.00 |
| Humerick, Jacob D | LIT | Associate | 09/25/2023 | Reviewed opinion on motion to remand and coordinated next steps; emails with co-counsel re same | 1.00 | 1,125.00 | 450.00 |
| Boehning, H. Christo | LIT | Partner | 10/24/2023 | Emails w/ PW associate re: motion to stay & appeal | 0.40 | 958.00 | 500.00 |
| Goldblatt, Hallie | LIT | Counsel | 10/30/2023 | Read court order re stay and emails from co-counsel re same. | 0.10 | 181.50 | 75.00 |
| Humerick, Jacob D | LIT | Associate | 10/30/2023 | Case law research re stay on motion to remand | 0.70 | 990.50 | 315.00 |
| Goldblatt, Hallie | LIT | Counsel | 10/31/2023 | Read emails re stay motion for reconsideration. | 0.30 | 544.50 | 225.00 |
| Boehning, H. Christo | LIT | Partner | 11/01/2023 | Attn. to appeal/stay. | 0.40 | 958.00 | 500.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/02/2023 | Reviewed draft motion to lift stay; read emails from PW team and co-counsel re same. | 0.30 | 544.50 | 225.00 |
| Humerick, Jacob D | LIT | Associate | 11/02/2023 | Reviewed and revised draft motion to reconsider the stay; circulated internally | 1.00 | 1,415.00 | 450.00 |
| Boehning, H. Christo | LIT | Partner | 11/03/2023 | Attn. to draft motion to lift stay and comments to same. | 0.80 | 1,916.00 | 1000.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/03/2023 | Reviewed and revised draft motion to lift stay and sent comments to J. Humerick.  Reviewed comments from co-counsel re motion. | 0.50 | 907.50 | 375.00 |
| Humerick, Jacob D | LIT | Associate | 11/03/2023 | Consolidated edits and comments on motion for reconsideration of stay; sent to co-counsel | 0.30 | 424.50 | 135.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/04/2023 | Reviewed further revisions to motion to lift stay from co-counsel and J. Humerick and responded to email from J. Humerick re same. | 0.30 | 544.50 | 225.00 |
| Humerick, Jacob D | LIT | Associate | 11/04/2023 | Reviewed and further revised draft motion to lift stay; circulated internally | 0.80 | 1,132.00 | 360.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/05/2023 | Reviewed further revised draft of motion to lift stay. | 0.10 | 181.50 | 75.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/07/2023 | Reviewed revised draft of motion to lift stay from Edelson team; read emails from co-counsel re same. | 0.20 | 363.00 | 150.00 |

| Employee Name | Dept | Position | Work Date | Description | Hours | PW Rate Amount | R&B Rate Amount |
|---|---|---|---|---|---|---|---|
| Boehning, H. Christo | LIT | Partner | 11/08/2023 | Attn. to draft of motion to lift stay and comments to same; attn. notice of appearance in the 7th Circuit. | 0.80 | 1,916.00 | 1000.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/08/2023 | Reviewed further revised draft of motion to lift stay and emails re notices of appearance. | 0.20 | 363.00 | 150.00 |
| Humerick, Jacob D | LIT | Associate | 11/08/2023 | Coordinated filing of C. Boehning NOA and disclosure statement for 7th Circuit appeal | 0.30 | 424.50 | 135.00 |
| Humerick, Jacob D | LIT | Associate | 11/09/2023 | Reviewed dockets for appeal; emails with team and MAO re re-filing NOA and disclosure statement | 0.40 | 566.00 | 180.00 |
| Boehning, H. Christo | LIT | Partner | 11/10/2023 | Attn. to Smith and Wesson: motion to stay. | 0.70 | 1,676.50 | 875.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/13/2023 | Responded to emails from J. Humerick and co-counsel re Seventh Circuit appeal.  Follow-up t/c with J. Humerick and C. Boehning. | 0.60 | 1,089.00 | 450.00 |
| Boehning, H. Christo | LIT | Partner | 11/20/2023 | Attn. to correspondence w/ co-counsel, et al. re: appeal update. | 0.60 | 1,437.00 | 750.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/20/2023 | Responded to emails from J. Humerick re appeals briefing; read emails from co-counsel re same. Reviewed 7th Circuit order. | 0.30 | 544.50 | 225.00 |
| Humerick, Jacob D | LIT | Associate | 11/21/2023 | Reviewed prior federal officer appeal briefs; took notes in preparation for opposition brief | 1.80 | 2,547.00 | 810.00 |
| Humerick, Jacob D | LIT | Associate | 11/21/2023 | Emails with PW team and co-counsel re staffing; appeal brief drafting | 0.30 | 424.50 | 135.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/27/2023 | Responded to emails re drafting appeal brief. | 0.10 | 181.50 | 75.00 |
| Humerick, Jacob D | LIT | Associate | 11/28/2023 | Research re motion to lift stay and emails with PW team re same | 0.60 | 849.00 | 270.00 |
| Humerick, Jacob D | LIT | Associate | 11/28/2023 | Reviewed prior federal officer appellate briefs; drafted outline for HP opp brief | 1.90 | 2,688.50 | 855.00 |
| Humerick, Jacob D | LIT | Associate | 11/29/2023 | Legal research for opposition brief to remand appeal; reviewed precedent briefs | 0.80 | 1,132.00 | 360.00 |
| Goldblatt, Hallie | LIT | Counsel | 11/30/2023 | Reviewed outline of appeal brief from J. Humerick and case law. | 0.20 | 363.00 | 150.00 |
| Humerick, Jacob D | LIT | Associate | 11/30/2023 | Drafted and revised outline of appeal opposition brief; reviewed precedents and district court opinion | 2.20 | 3,113.00 | 990.00 |
| Humerick, Jacob D | LIT | Associate | 11/30/2023 | Research re scope of federal officer appeal statute in CA7; email to team re same | 0.60 | 849.00 | 270.00 |
| Humerick, Jacob D | LIT | Associate | 11/30/2023 | Reviewed dockets for remand update; emails with co-counsel re same | 0.20 | 283.00 | 90.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/08/2023 | Emails to team re appeal brief; read summary from A. Haier. | 0.20 | 363.00 | 150.00 |
| Haier, Aaron E. | LIT | Associate | 12/08/2023 | Prepared summary of defendant's appeal brief and coordinated materials to be circulated to team. | 1.80 | 2,655.00 | 810.00 |
| Haier, Aaron E. | LIT | Associate | 12/08/2023 | Reviewed defendant's appeal brief on remand decision. | 1.00 | 1,475.00 | 450.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/09/2023 | Read Smith & Wesson appeal brief. | 1.50 | 2,722.50 | 1125.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/11/2023 | Reviewed outline and brief in advance of call with co-counsel re appeal brief. | 0.40 | 726.00 | 300.00 |
| Haier, Aaron E. | LIT | Associate | 12/15/2023 | Outlined sections of appeal brief to be drafted. | 2.00 | 2,950.00 | 900.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/18/2023 | Read decision re motion to lift stay and emails re same. | 0.20 | 363.00 | 150.00 |
| Haier, Aaron E. | LIT | Associate | 12/18/2023 | Drafted portion of appeal opposition brief. | 2.00 | 2,950.00 | 900.00 |
| Humerick, Jacob D | LIT | Associate | 12/18/2023 | Reviewed S&W opening brief and took notes; conducted legal research re removal issues | 2.00 | 2,830.00 | 900.00 |
| Boehning, H. Christo | LIT | Partner | 12/19/2023 | Attn. to next steps w/ 7th Circuit. | 0.50 | 1,197.50 | 625.00 |
| Haier, Aaron E. | LIT | Associate | 12/19/2023 | Continued draft of appeal opposition brief. | 3.50 | 5,162.50 | 1575.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/20/2023 | Responded to emails re cases cited in appeals briefs. | 0.10 | 181.50 | 75.00 |
| Haier, Aaron E. | LIT | Associate | 12/20/2023 | Revised draft of appeal opposition brief. | 3.50 | 5,162.50 | 1575.00 |
| Humerick, Jacob D | LIT | Associate | 12/20/2023 | Conducted legal research, drafted sections of appeal opposition brief | 2.00 | 2,830.00 | 900.00 |
| Haier, Aaron E. | LIT | Associate | 12/21/2023 | Completed first draft of appeal opposition brief. | 1.80 | 2,655.00 | 810.00 |
| Humerick, Jacob D | LIT | Associate | 12/21/2023 | Conducted legal research; drafted sections of opposition appeal brief | 6.00 | 8,490.00 | 2700.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/23/2023 | Reviewed appeal brief and comments on same. | 1.00 | 1,815.00 | 750.00 |
| Humerick, Jacob D | LIT | Associate | 12/24/2023 | Implemented edits and comments in appeal opp brief | 0.50 | 707.50 | 225.00 |
| Haier, Aaron E. | LIT | Associate | 12/25/2023 | Revised draft sections of appellate brief. | 2.50 | 3,687.50 | 1125.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/26/2023 | Responded to emails re appeal brief. | 0.10 | 181.50 | 75.00 |

| Employee Name | Dept | Position | Work Date | Description | Hours | PW Rate Amount | R&B Rate Amount |
|---|---|---|---|---|---|---|---|
| Haier, Aaron E. | LIT | Associate | 12/26/2023 | Revised draft sections of appellate brief. | 3.50 | 5,162.50 | 1575.00 |
| Haier, Aaron E. | LIT | Associate | 12/26/2023 | Proofed and cite-checked appellate brief. | 0.50 | 737.50 | 225.00 |
| Humerick, Jacob D | LIT | Associate | 12/26/2023 | Implemented edits and comments to draft brief, emails re same | 2.00 | 2,830.00 | 900.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/27/2023 | Reviewed and revised draft appeal brief; sent comments to team re same. | 3.30 | 5,989.50 | 2475.00 |
| Haier, Aaron E. | LIT | Associate | 12/27/2023 | Revised draft sections of appellate brief. | 2.00 | 2,950.00 | 900.00 |
| Humerick, Jacob D | LIT | Associate | 12/27/2023 | Implemented comments and edits to draft brief; revised, proofed and circulated internally | 2.10 | 2,971.50 | 945.00 |
| Boehning, H. Christo | LIT | Partner | 12/28/2023 | Attn. to draft appeal opposition brief. | 1.60 | 3,832.00 | 2000.00 |
| Boehning, H. Christo | LIT | Partner | 12/29/2023 | Review draft appeal opposition brief and comments to same. | 1.50 | 3,592.50 | 1875.00 |
| Goldblatt, Hallie | LIT | Counsel | 12/29/2023 | Reviewed comments on appeal brief from C. Boehning. | 0.10 | 181.50 | 75.00 |
| Boehning, H. Christo | LIT | Partner | 01/02/2024 | Attn. to brief. | 0.70 | 1,676.50 | 875.00 |
| Humerick, Jacob D | LIT | Associate | 01/02/2024 | Reviewed prior briefing and communications; identified key information and circulated | 0.40 | 566.00 | 180.00 |
| Humerick, Jacob D | LIT | Associate | 01/02/2024 | Revised draft opp brief; emails re same | 0.40 | 566.00 | 180.00 |
| Boehning, H. Christo | LIT | Partner | 01/03/2024 | Attn. to draft appeal opposition brief; correspond w/team re: comments to same. | 1.10 | 2,634.50 | 1375.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/03/2024 | Reviewed and revised draft appeal brief; meeting with PW team re same.  Reviewed further revised draft of brief from J. Humerick and emails re same. | 2.00 | 3,630.00 | 1500.00 |
| Haier, Aaron E. | LIT | Associate | 01/03/2024 | Revised draft section of appellate brief in preparation to share with co-counsel. | 0.50 | 737.50 | 225.00 |
| Humerick, Jacob D | LIT | Associate | 01/03/2024 | Further edited brief.  Emails re same with team and co-counsel, call with PW associate re same | 1.70 | 2,405.50 | 765.00 |
| Haier, Aaron E. | LIT | Associate | 01/05/2024 | Reviewed comments from co-counsel on draft brief and planned revisions with associate team. | 0.80 | 1,180.00 | 360.00 |
| Humerick, Jacob D | LIT | Associate | 01/05/2024 | Reviewed and commented on sections of draft brief and call with A. Haier re same; reviewed co-counsel's comments to sections of draft brief | 1.30 | 1,839.50 | 585.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/06/2024 | Reviewed and revised draft appeal brief and sent comments to team. | 1.10 | 1,996.50 | 825.00 |
| Haier, Aaron E. | LIT | Associate | 01/06/2024 | Revised draft appellate brief incorporating comments from co-counsel. | 3.00 | 4,425.00 | 1350.00 |
| Humerick, Jacob D | LIT | Associate | 01/06/2024 | Revised draft appeal brief and conducted legal research for same; emails re same | 2.10 | 2,971.50 | 945.00 |
| Boehning, H. Christo | LIT | Partner | 01/07/2024 | Attn. to draft appeal opposition brief. | 2.10 | 5,029.50 | 2625.00 |
| Haier, Aaron E. | LIT | Associate | 01/07/2024 | Revised draft appellate brief and prepared for sharing with co-counsel. | 1.50 | 2,212.50 | 675.00 |
| Humerick, Jacob D | LIT | Associate | 01/07/2024 | Reviewed and revised draft brief and case to potentially cite; emails with co-counsel re same | 0.60 | 849.00 | 270.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/08/2024 | Read emails from co-counsel re briefing schedule.  Reviewed preemption section.  Reviewed further revised draft of brief. | 0.50 | 907.50 | 375.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/09/2024 | Reviewed motion for extension of time and emails from co-counsel re same. | 0.20 | 363.00 | 150.00 |
| Haier, Aaron E. | LIT | Associate | 01/09/2024 | Reviewed brief sections drafted by co-counsel and provided comments. | 0.80 | 1,180.00 | 360.00 |
| Humerick, Jacob D | LIT | Associate | 01/09/2024 | Reviewed S&W draft motion; correspondence with team and co-counsel re next steps | 0.40 | 566.00 | 180.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/10/2024 | Reviewed and revised draft appeal brief; reviewed comments. | 0.80 | 1,452.00 | 600.00 |
| Haier, Aaron E. | LIT | Associate | 01/10/2024 | Reviewed draft brief sections prepared by co-counsel and provided comments. | 1.00 | 1,475.00 | 450.00 |
| Humerick, Jacob D | LIT | Associate | 01/10/2024 | Reviewed and revised co-counsel's sections of brief | 1.70 | 2,405.50 | 765.00 |
| Boehning, H. Christo | LIT | Partner | 01/11/2024 | Attn. to brief. | 1.10 | 2,634.50 | 1375.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/12/2024 | Reviewed co-counsel and J. Humerick edits to appeal brief; reviewed and revised draft and sent comments to J. Humerick. | 1.00 | 1,815.00 | 750.00 |
| Humerick, Jacob D | LIT | Associate | 01/12/2024 | Revised and finalized first draft brief and emails re same; circulated to plaintiff group | 1.20 | 1,698.00 | 540.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/13/2024 | Read emails from co-counsel re draft appeal brief. | 0.10 | 181.50 | 75.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/16/2024 | Read and responded to emails from J. Humerick and co-counsel re status of brief and prep for filing. | 0.20 | 363.00 | 150.00 |
| Boehning, H. Christo | LIT | Partner | 01/17/2024 | Attn. to appellant opposition draft; emails re: same. | 1.20 | 2,874.00 | 1500.00 |

| Employee Name | Dept | Position | Work Date | Description | Hours | PW Rate Amount | R&B Rate Amount |
|---|---|---|---|---|---|---|---|
| Boehning, H. Christo | LIT | Partner | 01/18/2024 | Attn. to revised appeal brief. | 0.80 | 1,916.00 | 1000.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/18/2024 | T/c with J. Humerick re appeal brief; reviewed comments from other plaintiffs' counsel. | 1.20 | 2,178.00 | 900.00 |
| Humerick, Jacob D | LIT | Associate | 01/18/2024 | Correspondence with PW team re edits to brief; appearances and brief filing | 0.80 | 1,132.00 | 360.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/19/2024 | Reviewed comments from co-counsel; responded to emails from J. Humerick re draft. Reviewed and revised draft brief and sent comments to team. | 2.20 | 3,993.00 | 1650.00 |
| Humerick, Jacob D | LIT | Associate | 01/19/2024 | Revised draft brief; incorporated other plaintiffs' counsel edits and circulated internally | 1.00 | 1,415.00 | 450.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/20/2024 | Reviewed and revised draft appeal brief and sent comments to team. | 1.00 | 1,815.00 | 750.00 |
| Haier, Aaron E. | LIT | Associate | 01/20/2024 | Revised section of appellate brief regarding federal question jurisdiction. | 2.00 | 2,950.00 | 900.00 |
| Haier, Aaron E. | LIT | Associate | 01/20/2024 | Incorporated comments from co-counsel into draft brief and completed cite check. | 2.50 | 3,687.50 | 1125.00 |
| Humerick, Jacob D | LIT | Associate | 01/20/2024 | Further revised draft brief and incorporated edits from co-counsel and other plaintiffs' counsel; emails with team re same | 1.80 | 2,547.00 | 810.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/21/2024 | Read comments from co-counsel re appeal brief draft and responded to emails from J. Humerick re same. | 0.40 | 726.00 | 300.00 |
| Haier, Aaron E. | LIT | Associate | 01/21/2024 | Incorporated comments from co-counsel and from associate team's cite check. | 2.00 | 2,950.00 | 900.00 |
| Humerick, Jacob D | LIT | Associate | 01/21/2024 | Cite checked section of brief; incorporated other cite check portions | 2.00 | 2,830.00 | 900.00 |
| Boehning, H. Christo | LIT | Partner | 01/22/2024 | Attn. to brief update. | 0.40 | 958.00 | 500.00 |
| Goldblatt, Hallie | LIT | Counsel | 01/22/2024 | Reviewed and revised draft appeal brief; reviewed comments from co-counsel. Responded to emails from PW team re same. | 1.50 | 2,722.50 | 1125.00 |
| Haier, Aaron E. | LIT | Associate | 01/22/2024 | Revised appellate brief to incorporate co-counsel's edits. | 2.00 | 2,950.00 | 900.00 |
| Haier, Aaron E. | LIT | Associate | 01/23/2024 | Finalized draft appellate brief and prepared for filing. | 4.00 | 5,900.00 | 1800.00 |
| Humerick, Jacob D | LIT | Associate | 01/23/2024 | Revised draft of CA7 opposition brief (1.0); calls and emails re same to finalize for filing (0.6) | 1.60 | 2,264.00 | 720.00 |
| Haier, Aaron E. | LIT | Associate | 01/25/2024 | Prepared print copies of appellate brief to submit to court. | 1.50 | 2,212.50 | 675.00 |
| Goldblatt, Hallie | LIT | Counsel | 02/23/2024 | Read Smith & Wesson's appeal reply brief. | 0.70 | 1,270.50 | 525.00 |
| Boehning, H. Christo | LIT | Partner | 02/29/2024 | Attn. to oral argument scheduling. | 0.20 | 479.00 | 250.00 |
| Humerick, Jacob D | LIT | Associate | 02/29/2024 | Coordinated prep of materials for CA7 oral argument | 1.00 | 1,415.00 | 450.00 |
| Haier, Aaron E. | LIT | Associate | 03/21/2024 | Prepared questions for oral argument moot with co-counsel | 1.00 | 1,475.00 | 450.00 |
| Goldblatt, Hallie | LIT | Counsel | 03/24/2024 | Reviewed appeal briefs and cases in advance of moot. | 0.50 | 907.50 | 375.00 |
| Goldblatt, Hallie | LIT | Counsel | 03/26/2024 | Reviewed briefing in advance of moot. Attended moot of co-counsel | 1.30 | 2,359.50 | 975.00 |
| Haier, Aaron E. | LIT | Associate | 03/26/2024 | Participated in moot oral argument exercise with co-counsel. | 1.00 | 1,475.00 | 450.00 |
| Boehning, H. Christo | LIT | Partner | 03/27/2024 | Attn. to inquiries re: oral argument. | 0.50 | 1,197.50 | 625.00 |
| Goldblatt, Hallie | LIT | Counsel | 03/27/2024 | Attended moot of co-counsel. | 1.00 | 1,815.00 | 750.00 |
| Haier, Aaron E. | LIT | Associate | 03/27/2024 | Participated in oral argument moot exercise with co-counsel. | 1.00 | 1,475.00 | 450.00 |
| Boehning, H. Christo | LIT | Partner | 03/28/2024 | Cont'd attn. to 7th Circuit. | 0.60 | 1,437.00 | 750.00 |
| Goldblatt, Hallie | LIT | Counsel | 04/01/2024 | Attended moot of co-counsel in preparation for Seventh Circuit argument. | 0.90 | 1,633.50 | 675.00 |
| Humerick, Jacob D | LIT | Associate | 04/01/2024 | Moot oral argument for 7th Cir. hearing | 1.00 | 1,415.00 | 450.00 |
| Boehning, H. Christo | LIT | Partner | 04/02/2024 | Attn. to appeal prep. | 0.70 | 1,676.50 | 875.00 |
| Haier, Aaron E. | LIT | Associate | 04/03/2024 | Conferred with and prepped co-counsel for upcoming oral argument. | 3.00 | 4,425.00 | 1350.00 |
| Humerick, Jacob D | LIT | Associate | 04/03/2024 | Prep for upcoming Seventh Cir. oral argument with A. Haier and co-counsel | 1.00 | 1,415.00 | 450.00 |
| Haier, Aaron E. | LIT | Associate | 04/04/2024 | Prepared for and attended Seventh Circuit oral argument. | 2.00 | 2,950.00 | 900.00 |
| Humerick, Jacob D | LIT | Associate | 04/04/2024 | Prepared for and attended Seventh Circuit oral argument | 2.00 | 2,830.00 | 900.00 |
| Boehning, H. Christo | LIT | Partner | 04/08/2024 | Attn. to 7th Cir. opinion; emails re: same. | 1.50 | 3,592.50 | 1875.00 |
| Goldblatt, Hallie | LIT | Counsel | 04/08/2024 | Read Seventh Circuit decision; t/c with PW associate re same. Reviewed cases. | 1.00 | 1,815.00 | 750.00 |
| **TOTAL** | | | | | **234** | **399,237.00** | **172,770.00** |