UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Keely Roberts, et al.

Plaintiff,

v.

Case No.: 1:22−cv−06169
Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion for issuance of a remand order while the Court considers the issue of fees (Dckt. No. [88]) is hereby granted. Last year, this Court granted Plaintiffs' motion to remand. The Seventh Circuit affirmed, and issued the mandate on April 30, 2024. The Court hereby directs the Clerk's Office to remand this case to the Circuit Court of Lake County forthwith. Despite the remand, the Court retains jurisdiction over the motion about attorneys' fees and costs (Dckt. No. [89]). See PNC Bank, N.A. v. Spencer, 763 F.3d 650, 654 (7th Cir. 2014) ("[E]ven after remanding a case to state court, a district court retains jurisdiction to decide collateral matters like fee awards."); Wisconsin v. Hotline Industries, Inc., 236 F.3d 363, 365 (7th Cir. 2000); 16 James Wm. Moore, et al., Moore's Federal Practice § 107.154 (3d ed. 2024) ("Once the remand is effected, the federal court lacks further jurisdiction over the case except that the court retains authority to adjudicate collateral matters, such as costs, fees, and sanctions."). Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.