# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Keely Roberts, et al.

                                       Plaintiff,

v.                                                      Case No.: 1:22−cv−06169
                                                          Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 3, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion for leave to file a sur−reply (Dckt. No. [95]) is hereby granted. The record is closed. The Court takes the motion for fees and costs under advisement. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.