

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

Date: 06/04/2024

Erin Cartwright Weinstein, Clerk
Circuit Court of Lake County Courthouse
18 N County Street
Waukegan, IL 60085

Re: Roberts et al v. Smith & Wesson Brands, Inc. et al
USDC Case Number: 1:22-cv-06169
Circuit Court Case Number: 22 LA 00000487

Dear Clerk:

A certified copy of an order entered on 05/20/2024 by the Honorable Steven C. Seeger, remanding the above-entitled case back to the Circuit Court of Lake County Courthouse, Illinois is herewith transmitted to you for your files.

        Sincerely yours,
        Thomas G. Bruton, Clerk

        By: /s/ R. Cornejo
            Deputy Clerk

Enclosure(s)

Rev. 10/05/2016