IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEELY ROBERTS, individually and as parent and next friend of C.R. and L.R., and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R., <br><br> Plaintiffs, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, SMITH & WESSON, INC., BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III, <br><br> Defendants. | Lead Case No.     1:22-cv-06169 <br> Related Case Nos. 1:22-cv-06178 <br> 1:22-cv-06181 <br> 1:22-cv-06183 <br> 1:22-cv-06171 <br> 1:22-cv-06185 <br> 1:22-cv-06186 <br> 1:22-cv-06190 <br> 1:22-cv-06191 <br> 1:22-cv-06193 <br> 1:22-cv-06359 <br> 1:22-cv-06361 <br><br> Lead Case Removed from Case No. 22 LA 00000497 in the Circuit Court of Lake County, Illinois <br><br> Hon. Steven C. Seeger |

**SMITH & WESSON'S MOTION FOR LEAVE
TO SUBMIT NOTICE OF SUBSEQUENT EVENTS**

Defendants Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, Smith & Wesson, Inc., and America Outdoor Brands, Corporation (collectively, "Smith & Wesson") respectfully move this Court for leave to submit this notice of subsequent events, which relates to Plaintiffs Motion for Attorneys' Fees And Costs Incurred as a Result of Removal ("Fee Motion"), *see* ECF 89.

Following remand, the Plaintiffs in these cases moved in state court for leave to amend each of their complaints to now eliminate all references to the National Firearms Act, the Gun Control Act, and any other alleged violations of federal law by Smith & Wesson. *See, e.g.*, Exhibits

1

1 and 2, which are redlines of the amended complaints to the removed complaints in *Roberts* and *Chupak*. By doing so, Plaintiffs have eliminated the basis on which the complaints were removed.

Smith & Wesson respectfully requests that the Court enter an order granting the motion to submit this notice of subsequent events, deny the Fee Motion, and grant any other relief that the Court deems proper.

Dated: August 15, 2024

Respectfully submitted,

Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, Smith & Wesson, Inc., and American Outdoor Brands Corporation

By: /s/ *Kenneth L. Schmetterer*

James Vogts
Andrew Lothson
Brett Henne
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
T (312) 222-8517
T (312) 923-8274
T (847) 949-0057
E jvogts@smbtrials.com
E alothson@smbtrials.com
E bhenne@smbtrials.com

Edward S. Scheideman (pro hac vice)
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
T 202.799.4534
E edward.scheideman@us.dlapiper.com

Kenneth Schmetterer
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
T 312.368.2176
E kenneth.schmetterer@us.dlapiper.com

1612517776.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2024, I electronically filed **Smith & Wesson's Motion for Leave to Submit Notice of Subsequent Events** using the court's electronic filing system, which will automatically send notice of filing to all counsel of record.

      /s/ *Kenneth L. Schmetterer*

1612517776.1