# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Keely Roberts, et al.

                                Plaintiff,

v.                                                        Case No.: 1:22−cv−06169
                                                            Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The motion for leave to file a notice of subsequent events (Dckt. No. [99]) is hereby granted in the sense that the Court is now notified about the subsequent events. The motion regarding fees remains under advisement. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.